| U.S. Department of Homeland Security | CBP Detainer - Notice of Action |
|---|---|
| U.S. Customs and Border Protection | |

# U.S. CBP DETAINER

USMS # 90457-054

**File No.:** A097 534 299
**Date:** July 31, 2009

**To:** (Name and title of institution)
US Marshals Service

**From:** (ICE office address)
US Department of Homeland Security
US Customs & Border Protection
Newark Liberty Airport
Terminal "B"
Newark, New Jersey

**Name of alien:** RENDON Herrera, Jairo De Jesus        **FBI:** N/A 482053E06

**Date of birth:** 08/13/1968    **Nationality:** Colombia    **Sex:** Male

You are advised that the action noted below has been taken by Customs and Border Protection, concerning the above named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal/deportation from the United States.

☐ A Notice to Appear or other charging document initiating removal/deportation proceedings, was served on _____ (Date)

☐ A warrant of arrest in removal/deportation proceedings, a copy of which is attached, was served on _____ (Date)

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for CBP to assume custody of the alien. **You may notify U.S.CBP at The Newark Liberty Airport or by calling** (973) 565-8031 during business hours or (973) 297-6535 after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☐ Please return a signed copy via facsimile to _____ (Area code and facsimile number)

Return fax to the attention of **CBP E/O R. BRADSHAW**, at **973 565-8040**
(Name of CBP officer handling case)    (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by ICE or CBP on _____

_____    CBPO/E
(Signature of CBP official)    (Title)

**Receipt acknowledged:**

Date of latest conviction: _____    Latest conviction charge: _____
Estimated release date: _____
Signature and title of official: _____

Form I-247 (Rev. 5-1-08) N